IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALMA S. ALLOWAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:10cv413-MHT |
| | ) | (WO) |
| MARTHA WHITE, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## OPINION

Plaintiff filed this lawsuit charging defendants will racial discrimination in failing to renew her teaching certificate.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed on the motions of the defendants.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of October, 2010.

                               /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE